1  **Desmond J. Hinds, Esq. (SBN 105831)**
2  **Gary E. Devlin, Esq. (SBN 210517)**
   **HINSHAW & CULBERTSON LLP**
3  **11601 Wilshire Blvd., 8th Floor**
   **Los Angeles, CA 90025**
4  **Telephone: 310-909-8000**
   **Facsimile:  310-909-8001**
5
   **Attorneys for Defendant,**
6  **SAXON MORTGAGE SERVICES, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO IEZZA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAXON MORTGAGE SERVICES INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  CV10-3634 DDP (JCGx)<br><br>(Assigned to the Honorable Dean D. Pregerson, Courtroom 3)<br><br>**ORDER RE STIPULATION FOR A PROTECTIVE ORDER GOVERNING DISCOVERY AND DISCLOSURE OF CONFIDENTIAL INFORMATION**<br><br>[Filed Concurrently with Stipulation for a Protective Order Governing Discovery and Disclosure of Confidential Information]<br><br>**NOTE CHANGES MADE BY THE COURT.** |

**TO THE HONORABLE COURT**                              :

On December 15, 2010, the parties filed, concurrent with this Proposed Order, their Stipulation for a Protective Order Governing Discovery and Disclosure of Confidential Information.  Based on the provisions set forth in that document, the parties request this Court sign the following Order approving the Parties' Protective Order:

1

**[PROPOSED] ORDER RE STIPULATION FOR A PROTECTIVE ORDER GOVERNING DISOCVERY AND DISCLOSURE OF CONFIDENTIAL INFORMATION**

31184000v1 0907737 68313

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation for a Protective Order Governing Discovery and Disclosure of Confidential Information is approved and entered, as modified by the Court.

DATED:  January 6, 2011          _____
                                  The Honorable Jay C. Gandhi
                                  UNITED STATES MAGISTRATE JUDGE